IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| WILLIE FRANK WRIGHT, JR.,<br><br>　　　　　　Plaintiff<br><br>　　VS.<br><br>BALDWIN COUNTY JAIL and<br>Captain JEFF PETTY,<br><br>　　　　　　Defendants | NO. 5:10-CV-203 (CAR)<br><br>**PROCEEDINGS UNDER 42 U.S.C. §1983**<br>**BEFORE THE U. S. MAGISTRATE JUDGE** |

## RECOMMENDATION

Plaintiff **WILLIE FRANK WRIGHT, JR.** has filed a "petition" in which he asks the Court for a "protective order or order of restraint against the defendants and the staff of the Baldwin County Jail." Tab #5. He complains that he has been threatened by the staff members of the Baldwin County Jail, both "indirectly and directly." Plaintiff states that he is in "fear for [his] life, health an (sic) safety." He requests the court to order that he be "detained at another county jail."

Mere threats by prison or jail officials are not even actionable under 42 U.S.C. § 1983. ***Stacey v. Ford***, 554 F. Supp. 8 (N. D. Ga. 1982). This Court cannot order that plaintiff be transferred to a different jail because of such threats. Moreover, plaintiff does not have a constitutionally protected right to remain in, or be transferred to, any penal institution. ***Adams v. James***, 784 F.2d 1077 (11th Cir.1986).

To any extent that plaintiff is requesting a temporary restraining order or preliminary injunction, the United States Courts of Appeals for the Eleventh Circuit has explained that injunctive relief will not issue unless the complained of conduct is imminent and no other relief or compensation is available. ***Cunningham v. Adams***, 808 F.2d 815, 821 (11th Cir. 1987). A temporary restraining order or a preliminary injunction is a drastic remedy used primarily for maintaining the status quo of the parties. ***Cate v. Oldham***, 707 F.2d 1176, 1185 (11th Cir. 1983).

After a careful review of plaintiff's "petition," and in light of the requirements set forth in *Southern Monorail Co. v. Robbins & Myers*, 666 F.2d 185, 186 (11th Cir. 1982), it is the opinion of the undersigned that plaintiff has not met the prerequisites for the issuance of a temporary restraining order or preliminary injunction. Accordingly, **IT IS RECOMMENDED** that plaintiff's motion or "petition" be **DENIED**.

Under 28 U.S.C. § 636(b)(1), plaintiff may serve and file written objections to this recommendation with the district judge to whom this case is assigned **WITHIN FOURTEEN (14) DAYS** after being served with a copy of this Order.

**SO RECOMMENDED**, this 23rd day of JUNE, 2010.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE