IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| WILLIAM FRANK WRIGHT, JR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 5:10-CV-203 (MTT) |
| ) | |
| BALDWIN COUNTY JAIL, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## ORDER

This case is before the Court on the Recommendation on Motion for Protective Order (Doc. 6) (the "Recommendation") of United States Magistrate Judge Claude W. Hicks, Jr. The Magistrate Judge, having reviewed the Plaintiff's Motion for Protective Order (Doc. 5) (the "Motion") pursuant to 28 U.S.C. § 1915A(a) & (b), recommends denying the Motion because the Plaintiff failed to meet the prerequisites for the issuance of a temporary restraining order or preliminary injunction. The Plaintiff has filed an objection to the Recommendation (Doc. 12). Pursuant to 28 U.S.C. § 636(b)(1), the Court has thoroughly considered Plaintiff's Objection and has made a de novo determination of the portions of the Recommendation to which Plaintiff objects.

The Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge. The Motion (Doc. 5) is **DENIED**.

**SO ORDERED**, this the 10th day of August, 2010.

s/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

jj