IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| WILLIE FRANK WRIGHT, JR., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CIVIL ACTION NO. 5:10-CV-203(MTT) |
| JEFF PETTY, *et. al*, | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

This case is before the Court on the Recommendation to Grant (Doc. 10) (the "Recommendation") of United States Magistrate Judge Claude W. Hicks, Jr. The Magistrate Judge, having reviewed Plaintiff's Motion to Amend/Correct Supplement to Complaint (Doc. 9) (the "Motion"), recommends granting the Motion because the Plaintiff filed the Motion within the period for amendment as a matter of course under Fed. R. Civ. P. 15(a)(1). The Defendants did not file an objection to the Recommendation. The Court has reviewed the Recommendation, and the Recommendation is adopted and made the order of this Court. The Motion (Doc. 9) is **GRANTED**.

**SO ORDERED**, this the 21st day of August, 2010.

                                                     S/ Marc T. Treadwell
                                                   MARC T. TREADWELL, JUDGE
                                                   UNITED STATES DISTRICT COURT

ajj